CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 25 2012

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:06CR00041 |
| | ) | Civil Action No. 5:12CV80439 |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| O'BENSON SESERE, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DENIED** and this matter shall be **STRICKEN** from the active docket of the court; and

2. A certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

**ENTER**: This 24th day of October, 2012.

_____
Chief United States District Judge